F I L E D

2012 DEC 27  PM 3: 13

[Clerk stamp, US District Court, Southern District of California]

BY [initials]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 12-CR-5104-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGEMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| EDWIN SAUCEDO-MORENO, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-5104-W against Defendant EDWIN SAUCEDO-MORENO be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 12-27-12.

[signature]

HONORABLE THOMAS J. WHELAN
United States District Judge